THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

PATRICK FINN and LIGHTHOUSE       §
MANAGEMENT GROUP, INC., as        §
Receiver for FIRST UNITED         §
FUNDING, LLC and COREY N.         §
JOHNSON,                          §
                                  §
    Plaintiffs,                   §
                                  §    CIVIL ACTION NO. H-11-1689
v.                                §
                                  §
COMPASS BANK and STERLING BANK,   §
                                  §
    Defendants.                   §

### MEMORANDUM AND ORDER

Pending is Sterling Bank's Motion for Summary Judgment (Document No. 70), Compass Bank's Motion for Summary Judgment (Document No. 72), Receiver's Motion for Summary Judgment (Document No. 79), Sterling Bank's Motion to Preclude Expert Testimony of Patrick Finn and to Strike His Expert Report and Declaration (Document No. 87), Compass Bank's Motion to Preclude the Purported Expert Testimony of Mr. Patrick Finn, and to Strike His Purported Expert Report (Document No. 88), and Sterling Bank's request for a *Daubert* hearing on the motions (Document No. 101).

After carefully considering the motions for summary judgment, responses, replies, and applicable law, the Court concludes that genuine issues of material fact remain regarding (i) whether First United Funding, LLC ("First United"), in the course of committing pervasive fraud on some third parties, was also operating as a

Ponzi scheme, (ii) whether First United in its dealings with Defendants transferred its assets (as those terms are defined under the Texas Uniform Fraudulent Transfer Act) to Sterling Bank and Compass Bank, (iii) whether Sterling Bank and Compass Bank received the transfers in exchange for reasonably equivalent value, and (iv) whether certain of Plaintiffs' claims are barred by the statute of limitations.  Accordingly, all motions for summary judgment are DENIED.

Defendant Sterling Bank's Request for *Daubert* Hearing (Document No. 101) is GRANTED, and hearing is SET on Sterling Bank's Motion to Preclude Expert Testimony of Patrick Finn and to Strike His Expert Report and Declaration (Document No. 87), and Compass Bank's Motion to Preclude the Purported Expert Testimony of Mr. Patrick Finn, and to Strike His Purported Expert Report (Document No. 88), as follows:

> Date:  *October 11, 2013*
> Time:  *3:00 p.m.*
>
> *U.S. Courthouse & Federal Building*
> *Courtroom 11D*
> *515 Rusk Avenue*
> *Houston, Texas 77002*

Docket Call is RESET to **November 1, 2013**, at 4:00 p.m. The date for filing a Joint Pretrial Order is continued until October 21, 2013.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 11th day of September, 2013.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE